IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Edward L. Spence**,** | ) | C/A No.: 3:15-3770-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| The Scattered, Commingled, | ) | |
| Unidentified, Wrecked, and (for finders- | ) | ORDER |
| right purposes) Abandoned, Vessels and | ) | |
| Jetsam, located within an area enclosed | ) | |
| by a line running from 27°08'N, | ) | |
| 79°12'W to 27°24'N, 79°07'W to | ) | |
| 27°23.9'N, 78°38.43'W and returning to | ) | |
| 27°08'N, 79°12'W, excluding any | ) | |
| portion of same within the 12 mile limits | ) | |
| of the Territorial Sea of any sovereign | ) | |
| nation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This *in rem* action is before the court upon the verified complaint in admiralty [ECF No. 1] of Edward L. Spence ("Plaintiff"), who seeks title to the scattered, commingled, unidentified, wrecked, and (for finders-right purposes) abandoned, vessels and jetsam, located within an area enclosed by a line running from 27°08'N, 79°12'W to 27°24'N, 79°07'W to 27°23.9'N, 78°38.43'W and returning to 27°08'N, 79°12'W, excluding any portion of same within the 12 mile limits of the territorial sea of any sovereign nation ("Abandoned Wreckage").

The court has reviewed the verified complaint in accordance with the requirements of Fed. R. Civ. P. C(3). Plaintiff appears to set forth a prima facie showing that an action *in rem* exists and that artifacts recovered from the Abandoned Wreckage are, or will

shortly be, within this District, which supports the issuance of an arrest warrant for the Abandoned Wreckage.

The court therefore orders the Clerk of Court to issue an arrest warrant for the Abandoned Wreckage and to deliver the warrant, together with other appropriate process, to the United States Marshal for execution.

The United States Marshal is directed to execute the arrest warrant against defendant Abandoned Wreckage.

IT IS SO ORDERED.

October 14, 2015                                                    Shiva V. Hodges
Columbia, South Carolina                                      United States Magistrate Judge